

**COM.**

v.

**BRYAN, K.**

**1688 MDA 2016**

Superior Court of Pennsylvania.

08/31/2017

Reargument Denied 11/9/2017

CP–36–CR–0003885–2015

(Lancaster)

Affirmed

■

**K.W.K.**

v.

**M.L.L.**

**1700 MDA 2016**

Superior Court of Pennsylvania.

08/31/2017

3057 SA 2004

(York)

Affirmed

■

**COM.**

v.

**WRIGHT, R.**

**149 MDA 2017**

Superior Court of Pennsylvania.

08/31/2017

CP–01–CR–0001302–2015

(Adams)

Affirmed

■

**COM.**

v.

**COWAN, K.**

**242 MDA 2017**

Superior Court of Pennsylvania.

08/31/2017

CP–36–CR–0003026–2013

(Lancaster)

Affirmed

